This decision of the Supreme Court of New Mexico was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Supreme Court.

### IN THE SUPREME COURT OF THE STATE OF NEW MEXICO

**Filing Date: November 29, 2021**

**No. S-1-SC-38855**

**STATE OF NEW MEXICO,**

      Plaintiff-Appellee,

v.

**RICKY DEVARA,**

      Defendant-Appellant.

**ORIGINAL PROCEEDING ON CERTIORARI**
**James Waylon Counts, District Judge**

Bennett J. Baur, Chief Public Defender
Kimberly M. Chavez Cook, Appellate Defender
Carrie Cochran, Assistant Appellate Defender
Santa Fe, NM

for Defendant-Appellant

Hector H. Balderas, Attorney General
John Kloss, Assistant Attorney General
Santa Fe, NM

for Plaintiff-Appellee

### DISPOSITIONAL ORDER OF REVERSAL

**THOMSON, Justice.**

**{1}**    WHEREAS, this matter came before the Court upon Defendant Ricky Devara's petition for writ of certiorari filed pursuant to Rule 12-502 NMRA requesting that this Court reverse the Court of Appeals' memorandum opinion, which concluded that under *State v. Torrez*, 2013-NMSC-034, ¶ 10, 305 P.3d 944, and Rule 5-701(A) NMRA, the district court did not have the authority to determine the evidence supporting

Defendant's conviction for driving while intoxicated was legally insufficient. *State v. Devara*, A-1-CA-38922, mem. op. ¶¶ 2, 4 (N.M. Ct. App. May 13, 2021);

**{2}** WHEREAS, Defendant notified this Court that *State v. Martinez*, S-1-SC-37938, raised the same legal issue and was argued on May 5, 2021. *See* Rule 12-202(G) NMRA ("A party has a continuing obligation to alert the appellate court to any related appeals that come to the party's attention.");

**{3}** WHEREAS, this Court issued an opinion in *State v. Martinez*, 2021-NMSC-___, ___ P.3d ___ (S-1-SC-37938, Nov. 1, 2021);

**{4}** WHEREAS, the Court concludes that the issue of law presented in this case was addressed by the Court's opinion in *Martinez*, *id.*; and

**{5}** WHEREAS, the Court exercises its discretion under Rule 12-405(B)(1) NMRA to dispose of this case by nonprecedential order rather than a formal opinion;

**{6}** NOW, THEREFORE, IT IS ORDERED that the memorandum opinion of the Court of Appeals is reversed, and the matter is remanded to the Court of Appeals for further proceedings in accordance with *Martinez*, 2021-NMSC-___.

**{7}** **IT IS SO ORDERED.**

**MICHAEL E. VIGIL, Chief Justice**

**C. SHANNON BACON, Justice**

**DAVID K. THOMSON, Justice**

**JULIE J. VARGAS, Justice**